MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00630-CDS-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

SFR Investments Pool 1, LLC and Bank of America, N.A. (**BANA**) hereby stipulate that BANA shall have an additional twenty-one (21) days, up to and including **September 2, 2022**, to file its response to SFR's amended complaint, which is currently due on August 12, 2022. The amended complaint was filed on July 29, 2022.

Good cause exists to grant the requested extension since the parties are exploring settlement options in this matter and others.

. . .

. . .

. . .

. . .

. . .

{65720152}

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 10th day of August, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Scott R. Lachman*_____ | */s/ Karen L. Hanks*_____ |
| MELANIE D. MORGAN, ESQ. | KAREN L. HANKS, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 9578 |
| SCOTT R. LACHMAN, ESQ. | CHANTEL M. SCHIMMING, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 8886 |
| 1635 Village Center Circle, Suite 200 | 7625 Dean Martin Drive, Suite 110 |
| Las Vegas, NV 89134 | Las Vegas, NV 89139 |
| *Attorneys for Bank of America, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  August 10, 2022**

{65720152}                                        2