MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00630-CDS-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

SFR Investments Pool 1, LLC and Bank of America, N.A. (**BANA**) hereby stipulate that BANA shall have an additional twenty (20) days, up to and including **September 22, 2022**, to file its response to SFR's amended complaint, which is currently due on September 2, 2022.

Good cause exists to grant the requested extension since the parties continue to explore settlement options in this matter and others.

. . .

. . .

. . .

. . .

. . .

{65720152}

This is the parties' second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 1st day of September, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Scott R. Lachman* <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Bank of America, N.A.* | */s/ Karen L. Hanks* <br> KAREN L. HANKS, ESQ. <br> Nevada Bar No. 9578 <br> CHANTEL M. SCHIMMING, ESQ. <br> Nevada Bar No. 8886 <br> 7625 Dean Martin Drive, Suite 110 <br> Las Vegas, NV 89139 <br><br> *Attorneys for SFR Investments Pool 1, LLC* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: September 2, 2022**

{65720152}     2