Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Ana P. Murguia, Esq.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00630-CDS-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

SFR Investments Pool 1, LLC ("SFR"), and Bank of America, N.A. ("BANA"), hereby stipulate and agree that SFR shall have an additional 14 days, up to and including **November 11, 2022**, to file its response to motion to dismiss [ECF No. 9] which is currently due on October 27, 2022. Counsel for SFR has been out sick since Monday, October 24, 2022 with strep throat and is still sick. As such, SFR's counsel needs additional time to draft and file the response.

As such, the parties stipulate and agree that SFR shall have until November 11, 2022, to file the response.

/ / /

/ / /

/ / /

- 1 -

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 26th day of October, 2022.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| /s/ Scott Lachman<br>SCOTT LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>ANA P. MURGUIA, ESQ.<br>Nevada Bar No. 16284<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 27, 2022