Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Ana P. Murguia, Esq.
Nevada Bar No. 16284
E-mail: ana@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| SFR INVESTMENTS POOL 1, LLC,<br><br>        Plaintiff<br><br>vs.<br><br>BANK OF AMERICA, N.A.; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>        Defendants | Case No.  2:22-cv-00630-CDS-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
|---|---|

SFR Investments Pool 1, LLC, by and through its counsel, Hanks Law Group and Bank of America, N.A., by and through its counsel, Akerman LLP, hereby stipulate and agree that all SFR Investments Pool 1, LLC's claims against Bank of America, N.A. are hereby dismissed, with prejudice, with each side to bear their own fees and costs.

| **Akerman LLP**<br><br>*/s/ Scott R. Lachman*<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Bank of America, N.A.* | **Hanks Law Group**<br><br>*/s/ Chantel M. Schimming*<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for SFR Investments Pool 1, LLC* |
|---|---|

## ORDER

**IT IS SO ORDERED. IT IS FURTHER ORDERED** that defendant's motion to dismiss [ECF No. 34] is DENIED as moot.

_____
**UNITED STATES DISTRICT JUDGE**
DATED**:**  February 2, 2023